PLAINTIFF/PETITIONER/MOVANT'S NAME
Terry Hurn
PRISON NUMBER
J-90989

PLACE OF CONFINEMENT
Correctional Training Facility/Soledad

ADDRESS
P.O. Box 689
Soledad, CA. 93960-0689

FILED
2008 JAN 14  PM 3:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY



**United States District Court**
**Southern District Of California**

TERRY HURN,

    Plaintiff/Petitioner/Movant

v.

BEN CURRY, Warden (A),

    Defendant/Respondent

Civil No. **'08 CV 0079 W RBB**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _____, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  ☒ Yes  ☐ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration Correctional Training Facilty/Soledad
    Are you employed at the institution?   ☒ Yes  ☐ No
    Do you receive any payment from the institution?  ☒ Yes  ☐ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed?   Yes   No(X)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   I am incarcerated and work in prison.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Unknown. I have been incarcerated over 10 years and do not remember.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     Yes   No(X)
   b. Rent payments, royalties interest or dividends    Yes   No(X)
   c. Pensions, annuities or life insurance             Yes   No(X)
   d. Disability or workers compensation                Yes   No(X)
   e. Social Security, disability or other welfare      Yes   No(X)
   e. Gifts or inheritances                             Yes   No(X)
   f. Spousal or child support                          Yes   No(X)
   g. Any other sources                                 Yes   No(X)

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

4. Do you have any checking account(s)?   Yes   X No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   Yes   No(X)
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   Yes   X No
   a. Make:              Year:              Model:
   b. Is it financed?   Yes   No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes ___  No [X]
   If "Yes" describe the property and state its value._____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

                                 None

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

                                 None

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

                                  None

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

                            I am incarcerated

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE 1-9-08          _____
                                        SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant_____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ _____,

and the *average monthly deposits* to the applicant's account was $_____.

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

_____        _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                    _____
                                    OFFICER'S FULL NAME (PRINTED)

                                    _____
                                    OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, Terry Hurn, J-90989 , request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 1-9-08         SIGNATURE OF PRISONER

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transaction of **Hurn J90989** [prisoner's name]

for the last six months at **Correctional Training Facility** [name of institution]

where (s) he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **19.22** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **21.00**.

Dated: **1-10-08**

_Brenda Nation, Acct Technician_
Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE



THIS ... ENT IS A CORRECT
CU... ...ST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-10-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Acct Technician_

```
                                                         00001000
                                         PAGE NO:      1
            CALIFORNIA DEPARTMENT OF CORRECTIONS
                CTF SOLEDAD/TRUST ACCOUNTING
                INMATE TRUST ACCOUNTING SYSTEM
                INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: AUG. 11, 2007 THRU JAN. 10, 2008

ACCOUNT NUMBER : J90989              BED/CELL NUMBER: CFDWT2000000217U
ACCOUNT NAME   : HURN, TERRY         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS   BALANCE
----- ---- -------------- --------- ---------- --------- ----------- -----------

08/11/2007  BEGINNING BALANCE                                            27.75

08/21 FC01 DRAW-FAC 1     0595 ML                            27.75        0.00
09/06 D554 INMATE PAYROL  0774 P19              27.00                    27.00
09/24 FC01 DRAW-FAC 1     1025 ML                            27.00        0.00
10/06 D554 INMATE PAYROL  1111 P12              21.26                    21.26
11/05 D554 INMATE PAYROL  1422 P11              27.00                    48.26
11/26 FC01 DRAW-FAC 1     1668 MAIN                          48.26        0.00
12/05 D554 INMATE PAYROL  1743 P 4              18.90                    18.90
12/26 FC01 DRAW-FAC 1     1970 ML                             8.50       10.40
   ACTIVITY FOR 2008
01/03 D554 INMATE PAYROL  2034 P2               21.15                    31.55


                        TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL       TOTAL      CURRENT      HOLDS     TRANSACTIONS
  BALANCE      DEPOSITS   WITHDRAWALS  BALANCE     BALANCE    TO BE POSTED
-----------  -----------  -----------  ---------  ---------  --------------
    27.75       115.31       111.51      31.55       0.00         0.00


                                                  CURRENT
                                                  AVAILABLE
                                                  BALANCE
                                                  ----------
                                                    31.55
                                                  ----------
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE



THIS    IS A CORRECT
COPY OF ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-10-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Account Technician