FILED

2008 JAN 18 PM 1: 36

CLERK US DIST....
SOUTHERN DISTRICT ... CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HURN,<br><br>                               Petitioner,<br><br>             v.<br><br>BEN CURRY, Warden,<br><br>                               Respondent. | Civil No.    08cv0079-W (RBB)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has not paid the filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. He has also filed a request to proceed in forma pauperis which reflects a $31.55 balance in his prison trust account. The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a).

It appears Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice; Petitioner may submit a copy of this order along with the requisite fee no later than March 18, 2008, to have the case reopened.

**IT IS SO ORDERED.**

DATED: ___1/18/08_____          _____

                                                        Thomas J. Whelan
                                                        United States District Judge

CC:      ALL PARTIES

K:\COMMON\EVERYONE\_EFILE-PROSE\W\08cv0079-Deny&Dismiss.wpd, 1118

-1-