PLAINTIFF/PETITIONER/MOVANT'S NAME
Terry Hurn
PRISON NUMBER
J-90989

PLACE OF CONFINEMENT
Correctional Training Facility/Soledad

ADDRESS
P.O. Box 689
Soledad, CA. 93960-0689

**FILED**
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM           DEPUTY

# United States District Court
## Southern District Of California

TERRY HURN,

Plaintiff/Petitioner/Movant

v.

BEN CURRY, Warden (A),

Defendant/Respondent

Civil No. 08CV0079 W(RBB)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED **IN FORMA PAUPERIS**

I, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  **X** Yes __ No  (If "No" go to question 2)
    If "Yes," state the place of your incarceration Correctional Training Facility/Soledad
    Are you employed at the institution?    **X** Yes __ No
    Do you receive any payment from the institution?   **X** Yes __ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed?   Yes   N̄ō
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
       I am incarcerated and work in prison.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
       Unknown. I have been incarcerated over 10 years and do not remember.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment      Yes   N̄ō
   b. Rent payments, royalties interest or dividends     Yes   N̄ō
   c. Pensions, annuities or life insurance              Yes   N̄ō
   d. Disability or workers compensation                 Yes   N̄ō
   e. Social Security, disability or other welfare       Yes   N̄ō
   e. Gifts or inheritances                              Yes   N̄ō
   f. Spousal or child support                           Yes   N̄ō
   g. Any other sources                                  Yes   N̄ō

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

4. Do you have any checking account(s)?   ___ Yes   X No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   Yes   N̄ō
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   ___ Yes   X No
   a. Make:                Year:            Model:
   b. Is it financed? ___Yes   ___ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes ☐   No ☒
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   None

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    None

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

    I am incarcerated

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE 3-5-08        _____
                   SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __HURN, TERRY__,
(NAME OF INMATE)

__J 90989__,
(INMATE'S CDC NUMBER)

has the sum of $ __12.26__ on account to his/her credit at _____

__CORRECTIONAL TRAINING FACILITY__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __∅__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __19.56__,

and the *average monthly deposits* to the applicant's account was $ __23.91__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__3-11-08__   __Brenda Nation__
DATE   SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __Brenda Nation__
TRUST OFFICE
*Accounting Technician*

__BRENDA NATION__
OFFICER'S FULL NAME (PRINTED)

__ACCOUNTING TECHNICIAN__
OFFICER'S TITLE/RANK

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

CIV-67 (Rev. 9/97)   -4-   ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, Terry Hurn, J-90989 , request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 3-5-08     _____
                SIGNATURE OF PRISONER

```
REPORT ID: TS3030 .701                                          REPORT DATE: 03/06/08
                                                                PAGE NO:            1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CTF SOLEDAD/TRUST ACCOUNTING
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: OCT. 07, 2007 THRU MAR. 06, 2008

ACCOUNT NUMBER   : J90989                BED/CELL NUMBER: CFDWT2000000217U
ACCOUNT NAME     : HURN, TERRY                           ACCOUNT TYPE:    I
PRIVILEGE GROUP  : A

                              TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE  DESCRIPTION          COMMENT      CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----     ----  -----------          -------      ---------  --------   -----------   -------
10/07/2007    BEGINNING BALANCE                                                        21.26
11/05 D554    INMATE PAYROLL        1422 P11                   27.00                   48.26
11/26 FC01    DRAW-FAC 1            1668 MAIN                                48.26      0.00
12/05 D554    INMATE PAYROLL        1743 P 4                   18.90                   18.90
12/26 FC01    DRAW-FAC 1            1970 ML                                   8.50     10.40
ACTIVITY FOR 2008
01/03 D554    INMATE PAYROLL        2034 P2                    21.15                   31.55
01/11 W389    DONATION - YO         2141 FUNDRA                              18.50     13.05
01/12 W385    DONATION AA G         2176 GRP-D                               10.00      3.05
01/22 FC01    DRAW-FAC 1            2299 ML                                   3.05      0.00
02/06 D554    INMATE PAYROLL        2472 P2                     3.71                    3.71
02/06 D554    INMATE PAYROLL        2472 P8                     8.66                   12.37
02/19 W534    MEDICAL CHARG         2642 MEDCHG                               8.25      4.12
02/21 D340    EFT DEPOSIT           2679 68777                180.00                  184.12
02/25 FC01    DRAW-FAC 1            2742 ML                                 180.00      4.12
02/26 W536    COPAY CHARGE          2781 24899                                4.12      0.00
03/05 D554    INMATE PAYROLL        2851 P6                    12.26                   12.26

                              CURRENT HOLDS IN EFFECT

DATE       HOLD
PLACED     CODE     DESCRIPTION              COMMENT                   HOLD AMOUNT
------     ----     -----------              -------                   -----------
02/26/2008 H114     COPAY FEE, MED.          2781 24899                       0.88

                              TRUST ACCOUNT SUMMARY

BEGINNING        TOTAL          TOTAL        CURRENT       HOLDS        TRANSACTIONS
BALANCE          DEPOSITS       WITHDRAWALS  BALANCE       BALANCE      TO BE POSTED
---------        --------       -----------  -------       -------      ------------
    21.26         271.68         280.68        12.26         0.88              0.00

                                                             CURRENT
                                                           AVAILABLE
                                                             BALANCE
                                                           ---------
                                                               11.38
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 3-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Deaton_
TRUST OFFICE
Accting Technician