

```
       UNITED STATES
       DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

       # 148839    - KD

         March 17, 2008
            16:30:19


         Habeas Corpus
    USAO #.: 08CV0079
    Amount.:                $5.00 CK
    Check#.: STATE 203-438347



       Total->   $5.00



    FROM: HABEAS CORPUS
          HURN V. CURRY
```

```
                            FILED
                            2008 JAN 18 PM 1:36
                            CLERK US DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA

                            BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TERRY HURN,<br><br>               Petitioner,<br><br>v.<br><br>BEN CURRY, Warden,<br><br>               Respondent. | Civil No.   08cv0079-W (RBB)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |
|---|---|

Petitioner, a state prisoner proceeding pro se, has not paid the filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. He has also filed a request to proceed in forma pauperis which reflects a $31.55 balance in his prison trust account. The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a).

It appears Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice; Petitioner may submit a copy of this order along with the requisite fee no later than March 18, 2008, to have the case reopened.

**IT IS SO ORDERED.**

DATED: 1/18/08

_____
Thomas J. Whelan
United States District Judge

CC:   ALL PARTIES

-1-