FILED
2008 MAR 24 PM 3:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HORN,<br><br>                Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden,<br><br>                Respondent. | Civil No.   08cv0079-W (RBB)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION** |

On January 14, 2008, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, along with a motion to proceed in forma pauperis. On January 18, 2008, the Court denied the application to proceed in forma pauperis without prejudice on the basis that Petitioner had sufficient funds on account at the correctional institution at which he was confined to pay the $5.00 filing fee.

Petitioner has now filed a First Amended Petition which appears to be a photocopy of his original Petition, has filed a renewed application to proceed in forma pauperis, and has paid the filing fee. Because Petitioner has paid the filing fee, the application to proceed in forma pauperis is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED:  3/20/08

_____
Thomas J. Whelan
United States District Judge

CC:   ALL PARTIES