EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
MARILYN L. GEORGE, State Bar No. 119232
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-3038
 Fax: (619) 645-2191
 Email: Marilyn.George@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HURN, | 08cv0079-W (RBB) |
| Petitioner, | **MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| BEN CURRY, Warden, Correctional Training Facility, | *Oral Argument Not Requested* |
| Respondent. | |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  MARILYN L. GEORGE, State Bar No. 119232
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-3038
    Fax: (619) 645-2191
9   Email: Marilyn.George@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| TERRY HURN,                                             | 08cv0079-W (RBB)                              |
|---------------------------------------------------------|-----------------------------------------------|
|                                     Petitioner,        | **MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** |
| v.                                                      |                                               |
| BEN CURRY, Warden, Correctional Training Facility,     | *Oral Argument Not Requested*                 |
|                                     Respondent.        |                                               |

    PLEASE TAKE NOTICE THAT Respondent, Ben Curry, Warden, Correctional Training Facility, Soledad, California, by and through his counsel, Edmund G. Brown Jr., Attorney General for the State of California, and Marilyn L. George, Deputy Attorney General, hereby moves this Court to dismiss the Petition for Writ of Habeas Corpus in the above-entitled matter on the grounds that the Petition is time-barred.

    This motion is based on the records and files lodged with this Court in this matter, as well as on the Memorandum of Points and Authorities.

///

1   WHEREFORE, Respondent moves that the Petition for Writ of Habeas Corpus be dismissed with prejudice and that any request for a certificate of appealability be denied.

Dated: June 20, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


s/Marilyn L. George

MARILYN L. GEORGE
Deputy Attorney General

Attorneys for Respondent

MLG:dp
70128011.wpd
SD2008700388

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Terry Hurn v. Ben Curry, Warden, Correctional Training Facility**

No.: **08cv0079-W (RBB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On June 23, 2008, I served the attached **MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Terry Hurn
J-90989
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 23, 2008, at San Diego, California.

D. Perez
Declarant

Signature

70128070.wpd