1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  MARILYN L. GEORGE, State Bar No. 119232
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7  P.O. Box 85266
   San Diego, CA 92186-5266
8  Telephone: (619) 645-3038
   Fax: (619) 645-2191
9  Email: Marilyn.George@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 **TERRY HURN,**                          | 08cv0079-W (RBB)

15                          Petitioner,     | **NOTICE OF LODGMENT**

16              v.                          | **28 U.S.C. § 2254**
                                            | **Habeas Corpus Case**
17 **BEN CURRY, Warden,**                   | **To Be Sent To Clerk's Office**
   **Correctional Training Facility,**
18                                          | Ruben B. Brooks
                            Respondent.     | U.S. Magistrate Judge
19

20

21

22

23

24

25

26

27

28

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  MARILYN L. GEORGE, State Bar No. 119232
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-3038
    Fax:  (619) 645-2191
9   Email:  Marilyn.George@doj.ca.gov

10  Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **TERRY HURN,** | 08cv0079-W (RBB) |
| 15                        Petitioner, | **NOTICE OF LODGMENT** |
| 16      v. | **28 U.S.C. § 2254** |
| 17  **BEN CURRY, Warden,** <br> **Correctional Training Facility,** | **Habeas Corpus Case** <br> **To Be Sent To Clerk's Office** |
| 18 | Ruben B. Brooks |
| 19                        Respondent. | U.S. Magistrate Judge |

20

21         Pursuant to the order by United States Magistrate Judge Ruben B. Brooks dated May 12,

22  2008, Respondent respectfully requests the following items concerning San Diego County Superior

23  Court Case No. SCD 110490, People v. Terry Hurn, be lodged with this Court for this Court's

24  consideration:

25         1.    Unpublished opinion filed on April 7, 1997, by the California Court of Appeal, Fourth

26  Appellate District, Division One, in Case No. D025195, People v. Terry Hurn;

27         2.    Remittitur issued on June 9, 1997, by the California Court of Appeal, Fourth

28  Appellate District, Division One, in Case No. D025195, People v. Terry Hurn;

1    3.    Minute order dated July 18, 1997 (following remand for resentencing) in San Diego

2  County Superior Court Case No. SCD 110490, People v. Terry Hurn;

3    4.    Petition for Writ of Habeas Corpus filed with the San Diego County Superior Court

4  on June 13, 2006, in Case No. HC 18565, In the matter of Terry Hurn (Petitioner's signature on

5  habeas petition dated June 4, 2006);

6    5.    Order denying Petition for Writ of Habeas Corpus filed by the San Diego County

7  Superior Court on August 10, 2006, in Case No. HC 18565, In the matter of Terry Hurn;

8    6.    Petition for Writ of Habeas Corpus filed on September 1, 2006, with the California

9  Court of Appeal, Fourth Appellate District, Division One, in Case No. D049321, In re Terry Hurn

10  (Petitioner's signature on habeas petition dated August 27, 2006);

11    7.    Order denying Petition for Writ of Habeas Corpus filed on November 29, 2006,  by

12  the California Court of Appeal, Fourth Appellate District, Division One, in Case No. D049321, In

13  re Terry Hurn;

14    8.    Petition for Writ of Habeas Corpus filed on December 21, 2006, with the California

15  Supreme Court in Case No. S148952, In re Terry Hurn on Habeas Corpus (Petitioner's signature on

16  habeas petition dated December 19, 2006);

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1        9.    Order denying Petition for Writ of Habeas Corpus filed on June 13, 2007, by the

2    California Supreme Court, in Case No. S148952, In re Terry Hurn on Habeas Corpus.

3            Dated:  June 20, 2008

4                            Respectfully submitted,

5                            EDMUND G. BROWN JR.
                             Attorney General of the State of California
6
                             DANE R. GILLETTE
7                            Chief Assistant Attorney General

                             GARY W. SCHONS
8                            Senior Assistant Attorney General

9                            KEVIN VIENNA
                             Supervising Deputy Attorney General
10

11                           s/Marilyn L. George

12                           MARILYN L. GEORGE
                             Deputy Attorney General
13
                             Attorneys for Respondent
14    MLG:dp
      70127830.wpd
15    SD2008700388

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv0079-W (RBB)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Terry Hurn v. Ben Curry, Warden, Correctional Training Facility**

No.:    **08cv0079-W (RBB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On June 23, 2008, I served the attached **NOTICE OF LODGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Terry Hurn
J-90989
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 23, 2008, at San Diego, California.

| D. Perez | | |
|---|---|---|
| Declarant | | Signature |

70127837.wpd